United States Court of Appeals
Fifth Circuit

**F I L E D**

**April 22, 2003**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 02-40942
Conference Calendar
_____

UNITED STATES OF AMERICA,

                              Plaintiff-Appellee,

versus

PEDRO REYNA-GONZALEZ,

                              Defendant-Appellant.

---------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. L-00-CR-263-ALL
---------------------

Before DAVIS, BARKSDALE, and STEWART, Circuit Judges.

PER CURIAM:[*]

        Pedro Reyna-Gonzalez is appealing the district court's

denial of his motion for the reduction of his sentence pursuant

to 18 U.S.C. § 3582(c)(1).  He argues that he is entitled to have

his sentence shortened under Amendment 632 to the Sentencing

Guidelines.

        Amendments may be applied retroactively upon a motion under

18 U.S.C. § 3582(c)(2) only if they are specifically set forth in

U.S.S.G. § 1B1.10(c).  U.S.S.G. § 1B1.10(a), p.s. (Nov. 2001).

---

        [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

Amendment 632 is not listed in § 1B1.10(c) and therefore may not be applied retroactively.  See § 1B1.10(c), p.s. (Nov. 2001); United States v. Drath, 89 F.3d 216, 218 (5th Cir. 1996).  The district court lacked the authority to modify Reyna's sentence under 18 U.S.C. § 3582(c)(2) and thus did not abuse its discretion in denying the motion under that provision.

AFFIRMED.